United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph A Gambone
Gabrielle E. Gambone
    Debtors

Case No. 10-18373-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 12, 2016
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
12183483        CitiMortgage, Inc.,    PO Box 688971,    Des Moines, IA 50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:
         BRIAN E. CAINE    on behalf of Defendant    American Honda Financial Services dba Acura Financial
          Services dlemanowicz@deilylawfirm.com,   BKcourtnotices@parkermccay.com
         BRIAN JOSEPH SMITH    on behalf of Plaintiff Gabrielle E. Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bsmith@ecf.inforuptcy.com;bjsmithesqecf.com@gmail.com
         BRIAN JOSEPH SMITH    on behalf of Joint Debtor Gabrielle E. Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bsmith@ecf.inforuptcy.com;bjsmithesqecf.com@gmail.com
         BRIAN JOSEPH SMITH    on behalf of Plaintiff Joseph A Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bsmith@ecf.inforuptcy.com;bjsmithesqecf.com@gmail.com
         BRIAN JOSEPH SMITH    on behalf of Debtor Joseph A Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bsmith@ecf.inforuptcy.com;bjsmithesqecf.com@gmail.com
         D. TROY SELLARS    on behalf of Defendant    CitiMortgage Inc paeb@fedphe.com
         DAVID H. LIPOW    on behalf of Creditor     CitiMortgage, Inc. bkecf@milsteadlaw.com,
          dlipow@milsteadlaw.com
         JILL MANUEL-COUGHLIN    on behalf of Creditor     CitiMortgage, Inc. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
         JOSEPH A. DIORIO    on behalf of Joint Debtor Gabrielle E. Gambone josephdiorioesq@gmail.com,
          bsmith@lawbjs.com
         JOSEPH A. DIORIO    on behalf of Debtor Joseph A Gambone josephdiorioesq@gmail.com,
          bsmith@lawbjs.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor     CitiMortgage, Inc. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor     MIDFIRST BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor     CitiMortgage, Inc. mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         MEREDITH HANTSKE WOOTERS    on behalf of Creditor     CitiMortgage, Inc. paeb@fedphe.com
         PETER J. MULCAHY    on behalf of Creditor     CitiMortgage, Inc. paeb@fedphe.com
         PETER J. MULCAHY    on behalf of Defendant     CitiMortgage Inc paeb@fedphe.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 19

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 10-18373-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph A Gambone
808 Hamlet Circle
King Of Prussia PA 19406

Gabrielle E. Gambone
808 Hamlet Circle
King Of Prussia PA 19406

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/09/2016.

Name and Address of Alleged Transferor(s):

Claim No. 1: CitiMortgage, Inc., PO Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

MidFirst Bank
999 NW Grand Blvd., Suite 100
Oklahoma City, OK 73118

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/14/16

Tim McGrath
**CLERK OF THE COURT**