*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                          Chapter: 13

    Joseph A Gambone and Gabrielle E. Gambone

Debtor(s)                                                                                    Case No: 10−18373−jkf

---

## *ORDER*

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Jean K. FitzSimon

Judge ,United States Bankruptcy Court

11/29/16

133
Form 225