United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 10-18373-jkf
Joseph A Gambone                                                        Chapter 13
Gabrielle E. Gambone
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Nov 29, 2016
                              Form ID: 225             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db/jdb         +Joseph A Gambone,   Gabrielle E. Gambone,   808 Hamlet Circle,   King Of Prussia, PA 19406-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 30 2016 01:54:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2016 01:54:31
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2016 01:54:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Defendant    American Honda Financial Services dba Acura Financial
               Services dlemanowicz@deilylawfirm.com,    BKcourtnotices@parkermccay.com
              BRIAN JOSEPH SMITH    on behalf of Plaintiff Gabrielle E. Gambone bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
              BRIAN JOSEPH SMITH    on behalf of Joint Debtor Gabrielle E. Gambone bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
              BRIAN JOSEPH SMITH    on behalf of Plaintiff Joseph A Gambone bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
              BRIAN JOSEPH SMITH    on behalf of Debtor Joseph A Gambone bsmith@lawbjs.com,
               josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
              D. TROY SELLARS    on behalf of Defendant    CitiMortgage Inc paeb@fedphe.com
              DAVID H. LIPOW    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CitiMortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSEPH A. DIORIO    on behalf of Joint Debtor Gabrielle E. Gambone josephdiorioesq@gmail.com,
               bsmith@lawbjs.com
              JOSEPH A. DIORIO    on behalf of Debtor Joseph A Gambone josephdiorioesq@gmail.com,
               bsmith@lawbjs.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MEREDITH HANTSKE WOOTERS    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Defendant    CitiMortgage Inc paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                           Chapter: 13

    Joseph A Gambone and Gabrielle E. Gambone

Debtor(s)                                                                                   Case No: 10–18373–jkf

_____

## *ORDER*

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is *CLOSED, without the entry of an order of discharge*.

For The Court

Jean K. FitzSimon

11/29/16

Judge ,United States Bankruptcy Court

133
Form 225