## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph A Gambone and Gabrielle E. Gambone | CHAPTER 13 |
| Debtor(s) | BKY. NO. 10-18373 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0078

                          Respectfully submitted,

                          **/s/Thomas Puleo, Esquire**
                          Thomas Puleo, Esquire
                          Brian C. Nicholas, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406