IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOSEPH GAMBONE                    : CHAPTER 13
                                  : #10-18373

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor has filed a Motion to Reopen their case, file Debtor Education certificates and submit for entry of discharge order:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney)

1. If you do not want the Court to grant the relief in the Motion or if you wish the Court to consider your views on the Motion then on or before January 12, 2017 you or your attorney must do all of the following:
    a. File an answer explaining your position with the Clerk:
   United States Bankruptcy Court for the Eastern District of Pennsylvania

    Eastern District of Pennsylvania
    900 Market Street., Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Clerk you must mail it early enough so that it is received on or before the date referenced above.

    b. mail a copy to the movant's attorney:

    Joseph Diorio, Esquire
    BRIAN SMITH AND ASSOCIATES
    607 Easton Road
    Suite B-1
    Willow Grove, PA 19090
    (215) 659-8700
    Attorney for Debtor

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge FitzSimon on January 19, 2017, at 9:30 a.m. in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  December 29, 2016