# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| **JOSEPH GAMBONE** | : |
| | : BANKRUPTCY NO. 10-18373 (JKF) |
| **DEBTOR.** | : |

### CERTIFICATE OF NO ANSWER OR OBJECTION

JOSEPH A. DIORIO, ESQUIRE certifies and says:

1. I am counsel to the Debtors;

2. I served a copy of the Motion to Reopen case in order to file Debtor Financial Education Certificates and to have a discharge entered on all interested parties via ECF.

3. I habe received no answer or objection to the Motion.

4. I request that the Order be entered.

January 19, 2017                    BRIAN J. SMITH AND ASSOCIATES

                                    /S/ JOSEPH A. DIORIO, ESQ

                                    _____
                                    JOSEPH A. DIORIO, ESQUIRE
                                    COUNSEL TO THE DEBTOR