IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOSEPH GAMBONE                : CHAPTER 13
                                                                 : #10-18373

ORDER

AND NOW, this 24th day of January, 2017 upon consideration of the Motion of the Debtor's to reopen their case for the purpose of filing their Financial Education certificates and for the entry of discharge and after consideration thereof, it is hereby

ORDERED:

DEBTOR'S MOTION IS GRANTED. THIS MATTER IS REOPENED FOR THE PURPOSE OF DEBTOR'S SUBMISSION OF THEIR FINANCIAL MANAGEMENT CERTIFICATES.

BY THE COURT:

_____
FITZSIMON, USBJ