United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph A Gambone
Gabrielle E. Gambone
    Debtors

Case No. 10-18373-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jan 24, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db/jdb       +Joseph A Gambone,   Gabrielle E. Gambone,   808 Hamlet Circle,   King Of Prussia, PA 19406-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
         BRIAN E. CAINE   on behalf of Defendant   American Honda Financial Services dba Acura Financial
          Services dlemanowicz@deilylawfirm.com,   BKcourtnotices@parkermccay.com
         BRIAN JOSEPH SMITH   on behalf of Plaintiff Gabrielle E. Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
         BRIAN JOSEPH SMITH   on behalf of Joint Debtor Gabrielle E. Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
         BRIAN JOSEPH SMITH   on behalf of Plaintiff Joseph A Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
         BRIAN JOSEPH SMITH   on behalf of Debtor Joseph A Gambone bsmith@lawbjs.com,
          josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
         D. TROY SELLARS   on behalf of Defendant   CitiMortgage Inc paeb@fedphe.com
         DAVID H. LIPOW   on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
          dlipow@milsteadlaw.com
         JILL MANUEL-COUGHLIN   on behalf of Creditor   CitiMortgage, Inc. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
         JOSEPH A. DIORIO   on behalf of Joint Debtor Gabrielle E. Gambone josephdiorioesq@gmail.com,
          bsmith@lawbjs.com
         JOSEPH A. DIORIO   on behalf of Debtor Joseph A Gambone josephdiorioesq@gmail.com,
          bsmith@lawbjs.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   CitiMortgage, Inc. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MATTHEW CHRISTIAN WALDT   on behalf of Creditor   CitiMortgage, Inc. mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         MEREDITH HANTSKE WOOTERS   on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com
         PETER J. MULCAHY   on behalf of Defendant   CitiMortgage Inc paeb@fedphe.com
         PETER J. MULCAHY   on behalf of Creditor   CitiMortgage, Inc. paeb@fedphe.com
         THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 20

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:

JOSEPH GAMBONE                    : CHAPTER 13
                                  : #10-18373

_____

### ORDER

AND NOW, this    24th    day of January, 2017 upon consideration of the Motion of the Debtor's to reopen their case for the purpose of filing their Financial Education certificates and for the entry of discharge and after consideration thereof, it is hereby

ORDERED:

DEBTOR'S MOTION IS GRANTED. THIS MATTER IS REOPENED FOR THE PURPOSE OF DEBTOR'S SUBMISSION OF THEIR FINANCIAL MANAGEMENT CERTIFICATES.

BY THE COURT:

_____
FITZSIMON, USBJ