B2830 (Form 2830) (04/16)

# UNITED STATES BANKRUPTCY COURT

EASTERN District Of PENNSYLVANIA ____

In re : JOSEPH AND GABRIELLE GAMBONE Case No. 10-18373
       Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X☐      I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

X☐      I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: 808 Hamlet Circle, King of Prussia, PA

My current employer and my employer's address: Miller Brothers, 2939 Felton Road, Norristown, PA, /Staples, P.O. Box 102415, Columbia SC

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐      I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

x      I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

\*   Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on <u>March 24, 2017</u>        /s/ <u>JOSEPH GAMBONE</u>
        Date                           /S/ <u>GABRIELLE GAMBONE</u>
                                               Debtor