United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph A Gambone
Gabrielle E. Gambone
    Debtors

Case No. 10-18373-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 24, 2017
                      Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db/jdb         +Joseph A Gambone,    Gabrielle E. Gambone,    808 Hamlet Circle,    King Of Prussia, PA 19406-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
        BRIAN E. CAINE    on behalf of Defendant    American Honda Financial Services dba Acura Financial
         Services dlemanowicz@deilylawfirm.com,    BKcourtnotices@parkermccay.com
        BRIAN JOSEPH SMITH    on behalf of Plaintiff Gabrielle E. Gambone bsmith@lawbjs.com,
         josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
        BRIAN JOSEPH SMITH    on behalf of Joint Debtor Gabrielle E. Gambone bsmith@lawbjs.com,
         josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
        BRIAN JOSEPH SMITH    on behalf of Plaintiff Joseph A Gambone bsmith@lawbjs.com,
         josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
        BRIAN JOSEPH SMITH    on behalf of Debtor Joseph A Gambone bsmith@lawbjs.com,
         josephdiorioesq@gmail.com;bjsmithesqecf1@gmail.com
        D. TROY SELLARS    on behalf of Defendant    CitiMortgage Inc paeb@fedphe.com
        DAVID H. LIPOW    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
         dlipow@milsteadlaw.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    CitiMortgage, Inc. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        JOSEPH A. DIORIO    on behalf of Joint Debtor Gabrielle E. Gambone josephdiorioesq@gmail.com,
         bjsmithesqecf1@gmail.com;bsmith@lawbjs.com
        JOSEPH A. DIORIO    on behalf of Debtor Joseph A Gambone josephdiorioesq@gmail.com,
         bjsmithesqecf1@gmail.com;bsmith@lawbjs.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        MEREDITH HANTSKE WOOTERS    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        PETER J. MULCAHY    on behalf of Defendant    CitiMortgage Inc paeb@fedphe.com
        PETER J. MULCAHY    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                  TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Joseph A Gambone and Gabrielle E. Gambone | : Case No. 10–18373–jkf |
| Debtor(s) | |

### *ORDER*
_____

AND NOW, this day , March 24, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

145
Form 195